**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>NYC DELI MART LLC d/b/a NYC DELI MART and MOHAMMED ALASWADI,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 2:23-cv-03602-WHR-MRM |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants NYC DELI MART LLC d/b/a NYC DELI MART and MOHAMMED ALASWADI, and in support thereof states as follows:

1. On October 30, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On January 27, 2024, a copy of the Complaint and Summons was served on NYC DELI MART LLC d/b/a NYC DELI MART, via Corporate Service. *See* Affidavit of Service [DE 6-1].

3. NYC DELI MART LLC d/b/a NYC DELI MARTwas to have responded to or filed an answer to the Complaint by February 17, 2024, but failed to file anything with this Court.

4. On April 24, 2024, a copy of the Complaint and Summons was served on MOHAMMED ALASWADI, via Substituted Service. *See* Affidavit of Service [DE 11].

5. MOHAMMED ALASWADI was to have responded to or filed an answer to the Complaint by May 15, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since NYC DELI MART LLC d/b/a NYC DELI MART and MOHAMMED ALASWADI were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, NYC DELI MART LLC d/b/a NYC DELI MART and MOHAMMED ALASWADI have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, NYC DELI MART LLC d/b/a NYC DELI MART and MOHAMMED ALASWADI, and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*

John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.