**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

GS Holistic, LLC, :

Plaintiff, :

vs. :

NYC Deli Mart LLC et al, :

Defendants. :

Case No. 2:23-cv-3602

District Judge Walter H. Rice
Magistrate Judge Michael M. Merz

## CLERK'S ENTRY OF DEFAULT

It is appearing that Defendants, **NYC Deli Mart LLC** and **Mohammed Alaswadi,** are in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerks Entry of Default is hereby entered against Defendants, **NYC Deli Mart LLC** and **Mohammed Alaswadi** this 4th day of June, 2024..

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*